UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHENG JUAN QIU,

    Plaintiff,

v.                                       Case No: 6:24-cv-142-JSS-EJK

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,
DIRECTOR, FLORIDA-ORLANDO
FIELD OFFICE, US CITIZENSHIP
AND IMMIGRATION SERVICES,
and DEPUTY DIRECTOR,
FLORIDA-ORLANDO FIELD
OFFICE, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendants.
_____/

**ORDER**

On January 29, 2024, Plaintiff Cheng Juan Qiu, a Chinese citizen proceeding pro se, filed a Petition for Writ of Mandamus claiming that the immigration-official Defendants unreasonably delayed in adjudicating Plaintiff's application for provisional unlawful presence waiver. (Dkt. 1.) On April 29, 2024, Defendants filed a motion to dismiss the petition for lack of subject-matter jurisdiction. (Dkt. 9.) *See* 8 U.S.C. § 1182(a)(9)(B)(v) ("No court shall have jurisdiction to review a decision or action by the Attorney General regarding a waiver under this clause.").

Plaintiff had twenty-one days to respond to Defendants' motion. *See* M.D. Fla. Loc. R. 3.01(c). Plaintiff did not respond within twenty-one days. On May 29, 2024,

the court warned Plaintiff that the "[f]ailure to file a response to [the] [m]otion within [fourteen] days . . . w[ould] result in the court treating the [m]otion as unopposed." (Dkt. 13.)  To date, Plaintiff has not filed a response to the motion, so the court treats the motion as unopposed.  *See* M.D. Fla. Loc. R. 3.01(c) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Accordingly:

1. The unopposed motion to dismiss (Dkt. 9) is **GRANTED**.
2. The petition (Dkt. 1) is **DISMISSED** for the reasons stated in the motion.
3. The Clerk of the Court is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on August 6, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties